IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JUDITH A. SPRAGALE, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. TJS-22-0010 |
| XAVIER BECERRA, SEC HHS NIH, | * | |
| Defendant. | * | |

\*\*\*

**ORDER**

Plaintiff Judith A. Spragale, a self-represented litigant, filed a Complaint and a Motion to Proceed In Forma Pauperis, which the Court now reviews. ECF Nos. 1, 2. Upon review of the Motion to Proceed In Forma Pauperis, it does not appear that Plaintiff is indigent and unable to pay the civil filing fee.

Plaintiff states that she has significant resources, including in a savings/checking account. Based on the income, resources, and household information provided, Plaintiff does not qualify to proceed in forma pauperis. Plaintiff will, therefore, be required to pay the full filing fee of $402.00 within twenty-eight (28) days of the date of this Order.

Accordingly, it is this 12th day of January 2022, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The Motion to Proceed In Forma Pauperis (ECF No. 2) IS DENIED;

2. Plaintiff IS GRANTED 28 days from the date of this Order to pay the full civil filing fee of $402.00;

3. Plaintiff IS FOREWARNED that failure to pay the fee will result in dismissal of the Complaint without further notice and without prejudice; and

4. The Clerk SHALL PROVIDE a copy of this Order to Plaintiff.

/s/
Timothy J. Sullivan
United States Magistrate Judge