

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JUDITH A. SPRAGALE, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. GJH-22-0010 |
| XAVIER BECERRA, *Secretary HHS NIH*, | * | |
| Defendant. | * | |

\*\*\*

## ORDER

The Court issued an Order dated January 12, 2022, directing Plaintiff to pay the filing fee. ECF No. 4. Plaintiff was provided with 28 days to comply with the Order and was forewarned that failure to pay the filing fee would result in dismissal of the complaint without prejudice and without further notice from the Court. *Id.* Plaintiff has failed to pay the filing fee.

Accordingly, it is this 11th day of March, 2022, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The complaint IS DISMISSED without prejudice;
2. Plaintiff's motion to appoint counsel (ECF No. 3) IS DENIED, as moot;
3. The Clerk IS FURTHER DIRECTED to CLOSE this case; and
4. The Clerk IS DIRECTED to SEND a copy of this Order to Plaintiff.

GEORGE J. HAZEL
United States District Judge